**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Disciplinary Matter of )<br><br>   FREDERICK T. JELIN )<br>)<br>California State Bar No. 143454 )<br>_____ ) | NO. 14-MC-00447 GHK<br><br>ORDER GRANTING REQUEST FOR<br>EXTENSION OF TIME |

    Effective April 23, 2014, the California State Bar suspended Respondent Frederick T. Jelin from the practice of law in California for failure to comply with the terms of the Public Reproval, entered against him on August 25, 2012. On June 20, 2014, this Court issued Respondent an Order to Show Cause ("OSC") why he should not be suspended from practice before this Court as well. (Dkt. No. 1.) Respondent filed a timely response to the OSC on July 21, 2014. (Dkt. No. 2.) In his response, Respondent opposes the imposition of reciprocal discipline by this Court and argues that the discipline imposed by the State Bar was done without due process. Respondent also requests a ninety-day extension to file a complete response to the OSC, to allow him time to obtain and submit the underlying records from the State Bar proceedings as well as a possible amicus brief from the American Civil Liberties Union ("ACLU").

We find Respondent has demonstrated good cause for the extension he requests. We decline, however, to grant such a lengthy extension. We hereby grant Respondent an extension until September 30, 2014 to file his Response, including any supporting documents and records of his State Bar proceedings, to the Court's OSC.

DATED: August 14, 2014     _____
                           CHIEF UNITED STATES DISTRICT JUDGE